# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jr., William H. | United States Court of Appeals | 5/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination ☐ Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

1729 Fifth Avenue North
Suite 900
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor | University of Alabama School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | University of Alabama School of Law | $12,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | SELF-EMPLOYED ACCOUNTANT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐    NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Pennsylvania Law School | January 24-25, 2019 | Philadelphia, PA | Panel Judge, Keedy Cup Final Moot Court Argument | Transportation, Lodging, and Meals |
| 2. | Faulkner University | February 28, 2019 | Montgomery, AL | Judicial Seminar | Transportation and Meals |
| 3. | Mobile Bar Association | March 28, 2019 | Mobile, AL | Keynote Speaker, 150th Anniversary of Mobile Bar | Transportation, Lodging and Meals |
| 4. | The Federalist Society | March 30, 2019 | Cambridge, MA | Keynote Speaker, Harvard Fed Soc & Harvard Journal LPP | Transportation, Lodging, and Meals |
| 5. | Antonin Scalia Law School George Mason University | April 24-26, 2019 | Arlington, VA | Delivered Lecture, Scalia Forum | Transportation, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pryor, Jr., William H.** | 5/05/2020 |

| | | | | |
|---|---|---|---|---|
| 6. | The Federalist Society | May 28-29, 2019 | Phoenix, AZ | Panelist, Federalist-Antifederalist Seminar | Transportation, Lodging , and Meals |
| 7. | The Federalist Society | September 5, 2019 | Montgomery, AL | Delivered Speech to Faulkner Law School Chapter | Transportation and Meals |
| 8. | The Federalist Society | September 24-25, 2019 | Philadelphia, PA | Delivered Speech to Penn Law School Chapter | Transportation, Lodging and Meals |
| 9. | The Federalist Society | October 24, 2019 | Atlanta, GA | Delivered Speech to Emory Law School Chapter | Meals |
| 10. | The Federalisty Society | October 29-30, 2019 | New Haven, CT | Delivered Speech to Yale Law School Chapter | Transportation, Lodging and Meals |
| 11. | The Federalist Society | November 13-14, 2019 | Washington, DC | Moderator, National Lawyers Convention | Transportation, Lodging and Meals |
| 12. | The University of Alabama School of Law | August 19, 2019 - November 25, 2019 | Tuscaloosa, AL | Professor, Legislation: Special Problems in Statutory Interpretation | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 (H) | | | | | | | | | |
| 2.   -FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | Sold (part) | 04/02/19 | L | | |
| 3.   -FIDELITY OTC PORT | C | Dividend | L | T | Buy | 04/02/19 | L | | |
| 4.   IRA #2 (H) | | | | | | | | | |
| 5.   -FIDELITY SELECT RETAILING | A | Dividend | | | Sold | 12/05/19 | K | B | |
| 6.   - FIDELITY BLUE CHIP GROWTH | C | Dividend | L | T | | | | | |
| 7.   - FIDELITY SELECT IT SERVICES PORTFOLIO | C | Dividend | M | T | | | | | |
| 8.   -FIDELITY NASDAQ COMPOSITE INDEX | B | Dividend | K | T | | | | | |
| 9.   -FIDELITY GROWTH DISCOVERY FUND | B | Dividend | K | T | | | | | |
| 10.  -FIDELITY SELECT WIRELESS PORTFOLIOS | A | Dividend | K | T | Buy | 12/05/19 | K | | |
| 11.  IRA #3 (H) | | | | | | | | | |
| 12.  -FIDELITY OTC PORT | C | Dividend | L | T | | | | | |
| 13.  -FIDELITY NASDAQ COMPOSITE INDEX | B | Dividend | K | T | | | | | |
| 14.  IRA #4 (H) | | | | | | | | | |
| 15.  -FIDELITY SELECT RETAILING | A | Dividend | | | Sold | 12/05/19 | K | C | |
| 16.  -FIDELITY SELECT TRANSPORT | B | Dividend | | | Buy | 02/20/19 | K | | |
| 17.  | | | | | Sold | 07/05/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | Buy | 10/23/19 | L | | |
| 19. | | | | | Sold (part) | 11/05/19 | L | | |
| 20. | | | | | Sold (part) | 07/16/19 | L | | |
| 21. -FIDELITY BLUE CHIP GROWTH | C | Dividend | L | T | Buy (add'l) | 02/20/19 | K | | |
| 22. -FIDELITY SMALL CAP GROWTH | C | Dividend | L | T | | | | | |
| 23. FIDELITY TREND | C | Dividend | K | T | | | | | |
| 24. -FIDELITY SELECT MEDICAL EQUIP&SYSTEMS | | None | | | Sold | 10/23/19 | L | E | |
| 25. -FIDELITY 500 INDEX FUND | B | Dividend | M | T | Buy | 04/02/19 | K | | |
| 26. | | | | | Buy (add'l) | 11/05/19 | L | | |
| 27. -FIDELITY GROWTH DISCOVERY FUND | B | Dividend | K | T | Buy | 07/16/19 | K | | |
| 28. -FIDELITY SELECT IT SERVICES PORTFOLIO EQUIP&SYSTEMS | A | Dividend | L | T | Buy | 07/05/19 | K | | |
| 29. -FIDELITY SELECT CONSTRUCTN & HOUSING | B | Dividend | K | T | Buy | 12/05/19 | K | | |
| 30. -FIDELITY SELECT GNMA FUND | B | Dividend | L | T | Buy | 02/20/19 | K | | |
| 31. IRA #7 (H) | | | | | | | | | |
| 32. -FIDELITY OTC PORTFOLIO | C | Dividend | K | T | | | | | |
| 33. -FIDELITY SELECT RETAILING | A | Dividend | | | Sold | 07/15/19 | K | C | |
| 34. -FIDELITY SELECT DEFENSE & AEROSPACE | A | Dividend | K | T | Buy | 07/15/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BROKERAGE ACCT #2 (H) | | | | | | | | | |
| 36. -FIDELITY CASH | A | Dividend | | | Sold | 10/10/19 | J | | |
| 37. -FIDELITY GOVERNMENT MONEY MARKET | A | Dividend | L | T | Buy | 10/10/19 | M | | |
| 38. | | | | | Sold (part) | 11/26/19 | K | | |
| 39. -FIDELITY LIMITED TERM BOND FUND | A | Dividend | L | T | Buy | 11/26/19 | K | | |
| 40. WARREN AVERETT, LLC PROFIT SHARING PLAN (H) | | | | | | | | | |
| 41. -DFA INTERNATIONAL SMALL COMPANY I | B | Dividend | K | T | | | | | |
| 42. -DFA INTERNATIONAL VALUE I | B | Dividend | L | T | | | | | |
| 43. -MELLON STABLE VALUE FUND | A | Dividend | K | T | | | | | |
| 44. -VANGUARD EMERGING MKTS STOCK IDX. | B | Dividend | L | T | | | | | |
| 45. -VANGUARD GROWTH INDEX ADM | A | Dividend | M | T | | | | | |
| 46. -VANGUARD INTERM-TERM CORPORATE BOND CORPORATE BOND | A | Dividend | K | T | | | | | |
| 47. -VANGUARD MID-CAP GROWTH INDEX ADM | A | Dividend | K | T | | | | | |
| 48. -VANGUARD MID-CAP VALUE INDEX ADM | B | Dividend | L | T | | | | | |
| 49. -VANGUARD SMALL CAP GROWTH INDEX ADM | A | Dividend | K | T | | | | | |
| 50. -VANGUARD SMALL CAP VALUE INDEX ADM | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -VANGUARD TOTAL BOND MARKET INDEX ADM | B | Dividend | L | T | | | | | |
| 52. -VANGUARD VALUE INDEX ADM | C | Dividend | M | T | | | | | |
| 53. BBVA COMPASS BANK - A/C #1 | A | Interest | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pryor, Jr., William H. | 5/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/05/2020 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Pryor, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544